UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC ASSET-BACKED CERTIFICATES, SERIES 2003-OPT1, | § § § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-01118-O |
| v. | § § § | |
| KENNETH J. WATERS et al., | § § | |
| Defendants. | § § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 12) is **GRANTED**. It is further **ORDERED** Plaintiff's Motion for Summary Judgment (ECF No. 18) is **GRANTED**. This is a **FINAL JUDGMENT.**

**SO ORDERED** on this **9th day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1